Michael G. Spector-Bar No. 145035
Vicki L. Schennum (Of Counsel)-Bar No. 159628
**LAW OFFICES OF MICHAEL G. SPECTOR**
2677 North Main Street, Suite 800
Santa Ana, California 92705
Telephone: 714-835-3130; FAX: 714-558-7435
E-Mail: mgspector@aol.com

Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>JAMES BRYAN JONES, dba JAMES B. JONES INSURANCE AGENCY and KIMBERLY ANN JONES, aka KIMBERLY ST. GERMAIN/KENNEDY,<br><br>Debtors. | Case No. 8:09-bk-21257-TA<br><br>Chapter 7<br><br>**CHAPTER 7 DEBTORS' SUMMARY OF SCHEDULES, STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA, SCHEDULES A - J, DECLARATION CONCERNING DEBTORS' SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, CHAPTER 7 STATEMENT OF INTENTION, DEBTORS' CERTIFICATION OF EMPLOYMENT INCOME, CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION, AND VERIFICATION OF CREDITOR MAILING LIST AND MATRIX**<br><br>[NO HEARING REQUIRED] |

Attached hereto and incorporated herein by this reference are the following documents: Summary of Schedules, Statistical Summary of Certain Liabilities and Related Data, Schedules A - J, Declaration Concerning Debtors' Schedules, Statement of Financial Affairs, Chapter 7 Statement of Intention, Debtors' Certification of Employment Income, Chapter 7 Statement of Current Monthly Income and Means-Test Calculation, and Verification of Creditor Mailing List and Matrix.

////

////

We declare under penalty of perjury that we have read the attached documents and that they are true and correct to the best of our knowledge, information, and belief.

DATED: October 29, 2009

/s/ James Bryan Jones
JAMES BRYAN JONES
Chapter 7 Debtor

DATED: October 29, 2009

/s/ Kimberly Ann Jones
KIMBERLY ANN JONES
Chapter 7 Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re *Jones, James Bryan and Jones, Kimberly Ann*

Case No. *8:09-bk-21257-TA*
Chapter 7

______________________________ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 400,000.00 | | |
| B-Personal Property | Yes | 3 | $ 414,975.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 2 | | $ 1,301,329.90 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 15,000.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $ 80,854.70 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 20,439.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 20,954.00 |
| TOTAL | | 18 | $ 814,975.00 | $ 1,397,184.60 | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re *Jones, James Bryan and Jones, Kimberly Ann*

Case No. *8:09-bk-21257-TA*
Chapter 7

____________________________ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

**If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.**

☒ **Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.**

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re *Jones, James Bryan and Jones, Kimberly Ann*, Debtor(s)

Case No. *8:09-bk-21257-TA* (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *Property:*<br>*6001 Solstice Dr.*<br>*Sparks, NV 89436* | *Fee Simple* | *C* | *$ 400,000.00* | *$ 400,000.00* |
| | **TOTAL $** (Report also on Summary of Schedules.) | | *400,000.00* | |

No continuation sheets attached

In re *Jones, James Bryan and Jones, Kimberly Ann*, Debtor(s)

Case No. *8:09-bk-21257-TA* (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash on hand.*<br>*Location: In debtor's possession* | C | $ 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking - Bank of America*<br>*Location: In debtor's possession* | C | $ 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Household goods & furnishings*<br>*Location: In debtor's possession* | C | $ 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Books, pictures & other collectibles*<br>*Location: In debtor's possession* | C | $ 200.00 |
| 6. Wearing apparel. | | *Wearing apparel.*<br>*Location: In debtor's possession* | C | $ 150.00 |
| 7. Furs and jewelry. | | *Jewelry*<br>*Location: In debtor's possession* | C | $ 1,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | *Sports, photographic & hobby equipment*<br>*Location: In debtor's possession* | C | $ 25.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Life insurance - Whole - TransAmerica - no cash value*<br>*Location: In debtor's possession* | H | $ 0.00 |

In re *Jones, James Bryan and Jones, Kimberly Ann*, Debtor(s)

Case No. *8:09-bk-21257-TA* (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | *Right to Commissions based upon renewals of insurance policies*<br>*Location: In debtor's possession* | *C* | *Unknown* |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | *Monthly child support*<br>*Location: In debtor's possession* | *C* | *$ 450.00* |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | *Franchise - Allstate Insurance*<br>*Location: In debtor's possession* | *C* | *$ 400,000.00* |

In re Jones, James Bryan and Jones, Kimberly Ann, Debtor(s) Case No. 8:09-bk-21257-TA (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | 2002 Chevrolet Avalance<br>Location: In debtor's possession | C | $ 10,000.00 |
| | | 2005 Chrysler 300 - leased<br>Location: In debtor's possession | C | $ 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computers, FAX, Copier<br>Location: In debtor's possession | C | $ 900.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |



Total ➔ $ 414,975.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re *Jones, James Bryan and Jones, Kimberly Ann*, Debtor(s)

Case No. *8:09-bk-21257-TA* (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Cash on hand.* | *Calif. C.C.P. §703.140(b)(5)* | *$ 50.00* | *$ 50.00* |
| *Checking - Bank of America* | *Calif. C.C.P. §703.140(b)(5)* | *$ 200.00* | *$ 200.00* |
| *Household goods & furnishings* | *Calif. C.C.P. §703.140(b)(3)* | *$ 1,500.00* | *$ 1,500.00* |
| *Books, pictures & other collectibles* | *Calif. C.C.P. §703.140(b)(3)* | *$ 200.00* | *$ 200.00* |
| *Wearing apparel.* | *Calif. C.C.P. §703.140(b)(3)* | *$ 150.00* | *$ 150.00* |
| *Jewelry* | *Calif. C.C.P. §703.140(b)(4)* | *$ 1,350.00* | *$ 1,500.00* |
| *Monthly child support* | *Calif. C.C.P. §703.140(b)(10)(D)* | *$ 450.00* | *$ 450.00* |
| *2002 Chevrolet Avalance* | *Calif. C.C.P. §703.140(b)(2)*<br>*Calif. C.C.P. §703.140(b)(5)* | *$ 3,300.00*<br>*$ 6,700.00* | *$ 10,000.00* |
| *Computers, FAX, Copier* | *Calif. C.C.P. §703.140(b)(6)* | *$ 900.00* | *$ 900.00* |

B6D (Official Form 6D) (12/07)

In re Jones, James Bryan and Jones, Kimberly Ann, Case No. 8:09-bk-21257-TA
Debtor(s) (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No: 2777<br>Creditor # : 1<br>Chase Mortgage<br>P. O. Box 24696<br>Columbus OH 43224-0696 | | C | 2004<br>First Deed of Trust<br>6001 Solstice Dr.<br>Value: $ 400,000.00 | | | | $ 571,000.00 | $ 270,029.90 |
| Account No:<br>Creditor # : 2<br>CIG Financial<br>P. O. Box 19638<br>Irvine CA 92623 | | C | 2009<br>Automobile loan<br>2002 Chevrolet Avalance<br>Value: $ 10,000.00 | | | | $ 9,500.00 | $ 0.00 |
| Account No: 0124<br>Creditor # : 3<br>First Choice Bank<br>17414 Carmenita Rd.<br>Cerritos CA 90703 | | C | 2008<br>UCC-1 against bus. franchise<br>Franchise - Allstate Insurance<br>Value: $ 400,000.00 | | | | $ 33,800.00 | $ 0.00 |
| 1 continuation sheets attached | | | Subtotal $ (Total of this page) | | | | $ 614,300.00 | $ 270,029.90 |
| | | | Total $ (Use only on last page) | | | | | |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07) - Cont.

In re Jones, James Bryan and Jones, Kimberly Ann, Debtor(s)

Case No. 8:09-bk-21257-TA (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No: 8945<br>Creditor # : 4<br>OCWEN<br>P. O. Box 785063<br>Orlando FL 32878-5063 | | C | 2005<br>Second Deed of Trust<br>6001 Solstice Dr.<br>Value: $ 400,000.00 | | | | $ 98,629.90 | $ 0.00 |
| Account No:<br>Creditor # : 5<br>Wingfield Springs HOA<br>c/o Assoc. Mgmt., Inc.<br>5955 Tyrone Rd., #1<br>Reno NV 89502 | | C | 2008<br>HOA Assessments<br>6001 Solstice Dr.<br>Value: $ 400,000.00 | | | | $ 400.00 | $ 0.00 |
| Account No:<br>Creditor # : 6<br>Wright, Linda<br>604 - 21st St.<br>Huntington Beach CA 92648 | | C | 2008<br>UCC-1 against bus. franchise<br>Franchise - Allstate Insurance<br>Value: $ 400,000.00 | | | | $ 588,000.00 | $ 221,800.00 |
| Account No: | | | Value: | | | | | |
| Account No: | | | Value: | | | | | |
| Account No: | | | Value: | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Amount of Claim | Unsecured Portion |
|---|---|---|
| Subtotal $ (Total of this page) | $ 687,029.90 | $ 221,800.00 |
| Total $ (Use only on last page) | $ 1,301,329.90 | $ 491,829.90 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re Jones, James Bryan and Jones, Kimberly Ann, Debtor(s)

Case No. 8:09-bk-21257-TA (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1 continuation sheets attached**

In re Jones, James Bryan and Jones, Kimberly Ann , **Debtor(s)**

Case No. 8:09-bk-21257-TA (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>Franchise Tax Board<br>P. O. Box 2952<br>Sacramento CA 95812 | | C | Notice only | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No:<br>Creditor # : 2<br>Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia PA 19114 | | C | 2007<br>Income Tax | | | | $ 15,000.00 | $ 15,000.00 | $ 0.00 |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Sheet No. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal $ (Total of this page) | | | | 15,000.00 | 15,000.00 | 0.00 |
| | | | Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | | 15,000.00 | | |
| | | | Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | 15,000.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re *Jones, James Bryan and Jones, Kimberly Ann*, Case No. *8:09-bk-21257-TA*
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 3222<br>Creditor # : 1<br>Chevron<br>P. O. Box 981430<br>El Paso TX 79998-1430 | | C | 2008<br>Credit Card Purchases | | | | $ 1,298.45 |
| Account No: 3222<br>Representing:<br>Chevron | | | Collins Fin. Svcs., Inc.<br>8014 Bayberry Rd.<br>Jacksonville FL 32256 | | | | |
| Account No: 0878<br>Creditor # : 2<br>CitiBank<br>P. O. Box 6500<br>Sioux Falls SD 57117 | | C | 2007<br>Credit Card Purchases | | | | $ 46,178.00 |
| Account No: 0878<br>Representing:<br>CitiBank | | | CitiBank<br>6330 Gulfton<br>Houston TX 77081 | | | | |

4 continuation sheets attached

Subtotal $ $ 47,476.45

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re Jones, James Bryan and Jones, Kimberly Ann, Debtor(s)

Case No. 8:09-bk-21257-TA (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 0878<br>Representing:<br>CitiBank | | | GC Services<br>P. O. Box 15630-Dept. 72<br>Wilmington DE 19850 | | | | |
| Account No: 0878<br>Representing:<br>CitiBank | | | GC Services<br>6330 Gulfton<br>Houston TX 77081 | | | | |
| Account No: 0878<br>Representing:<br>CitiBank | | | NCO Financial<br>507 Prudential Road<br>Horsham PA 19044 | | | | |
| Account No: 0878<br>Representing:<br>CitiBank | | | NCO Financial Systems<br>P. O. Box 15773<br>Wilmington DE 19850-5773 | | | | |
| Account No: 9000<br>Creditor # : 3<br>City of Sparks Sewer<br>431 Prater Way<br>P. O. Box 857<br>Sparks NV 89432 | | C | 2008<br>Utilities | | | | $ 591.62 |
| Account No: 2326<br>Creditor # : 4<br>Discover<br>P. O. Box 30421<br>Salt Lake City UT 84130-0421 | | C | 2008<br>Credit Card Purchases | | | | $ 14,013.37 |

Sheet No. 1 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 14,604.99

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re Jones, James Bryan and Jones, Kimberly Ann, Case No. 8:09-bk-21257-TA
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 2326<br>Representing:<br>Discover | | | Mann Bracken, LLP<br>28632 Roadside Dr., #265<br>Agoura Hills CA 91301 | | | | |
| Account No:<br>Creditor # : 5<br>DMG Paralegal Services<br>c/o Robert N. Campbell, Esq.<br>135 Yorba St.<br>Tustin CA 92780 | | C | 2008<br>Judgment | | | | $ 1,799.72 |
| Account No: 3983<br>Creditor # : 6<br>Exxon/Mobil<br>Credit Card Center<br>P. O. Box 688940<br>Des Moines IA 50368-8940 | | C | 2008<br>Credit Card Purchases | | | | $ 1,358.96 |
| Account No: 3983<br>Representing:<br>Exxon/Mobil | | | CBE Group, Inc.<br>131 Tower Park Dr., #100<br>Waterloo IA 50701 | | | | |
| Account No: 6497<br>Creditor # : 7<br>Ford Credit<br>P. O. Box 6508<br>Mesa AZ 85216-6508 | | C | 2008<br>Auto lease deficiency. | | | | $ 4,039.46 |
| Account No: 2431<br>Creditor # : 8<br>Phillips 66 - Conoco-76<br>P. O. Box 689140<br>Des Moines IA 50368-9140 | | C | 2008<br>Credit Card Purchases | | | | $ 340.45 |

Sheet No. 2 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 7,538.59 |
| Total $ (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | |

B6F (Official Form 6F) (12/07) - Cont.

In re Jones, James Bryan and Jones, Kimberly Ann, Debtor(s)

Case No. 8:09-bk-21257-TA (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 2431<br>Representing:<br>Phillips 66 - Conoco-76 | | | Capital Mgmt. Svcs., LP<br>76 Exchange St., #700<br>Buffalo NY 14210 | | | | |
| Account No: 2431<br>Representing:<br>Phillips 66 - Conoco-76 | | | CBE Group, Inc.<br>131 Tower Park Dr., #100<br>Waterloo IA 50701 | | | | |
| Account No: 6846<br>Creditor # : 9<br>Sprint<br>P. O. Box 8077<br>London KY 40742 | | C | 2008<br>Cell Phone Bills | | | | $ 235.35 |
| Account No: 6846<br>Representing:<br>Sprint | | | Northshore Agency, Inc.<br>270 Spagnoli Rd., #111<br>Melville NY 11747-3515 | | | | |
| Account No: 6846<br>Representing:<br>Sprint | | | Allied Interstate<br>3000 Corporate Exchange Dr.<br>Columbus OH 43231 | | | | |
| Account No: 1497<br>Creditor # : 10<br>Waste Management<br>100 Vasser St.<br>Reno NV 89520-2880 | | C | 2008<br>Utilities | | | | $ 191.46 |

Sheet No. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 426.81

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re Jones, James Bryan and Jones, Kimberly Ann, Debtor(s)

Case No. 8:09-bk-21257-TA (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 9318<br>Creditor # : 11<br>Wells Fargo Bank<br>P. O. Box 10347<br>Des Moines IA 50306 | | C | 2007<br>Credit Card Purchases | | | | $ 10,807.86 |
| Account No: 9318<br>Representing:<br>Wells Fargo Bank | | | VSC<br>7500 Office Ridge Circle<br>Eden Prairie MN 55344-3678 | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. 4 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 10,807.86

Total $ $ 80,854.70

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re *Jones, James Bryan and Jones, Kimberly Ann* / Debtor Case No. *8:09-bk-21257-TA* (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
| --- | --- |
| *All La Palma*<br>*4055 E. La Palma Ave., #H-1*<br>*Anaheim CA 92807* | Contract Type: *Office lease*<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: *4095 E. La Palma Ave., #G*<br>*Anaheim, CA 92807*<br>*$999.00/mo.*<br>*4/1/08 - 3/31/11*<br>Buyout Option: |
| *Wells Fargo Auto. Finance*<br>*P. O. Box 29704*<br>*Phoenix AZ 85038-9704* | Contract Type: *Automobile lease*<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: *2005 Chrysler 300*<br>*Ends 3/1/2010*<br>*$559.79/mo.*<br>Buyout Option: |

In re *Jones, James Bryan and Jones, Kimberly Ann* / Debtor Case No. *8:09-bk-21257-TA* (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

In re *Jones, James Bryan and Jones, Kimberly Ann*, Debtor(s)

Case No. *8:09-bk-21257-TA* (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| *Married* | *Daughter* | *18* |
| | *Daughter* | *6* |
| | *Daughter* | *4* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Insurance Agent* | *Unemployed* |
| Name of Employer | *James B. Jones Ins. Agency* | |
| How Long Employed | *1.5 yrs.* | |
| Address of Employer | *4095 E. La Palma, #G*<br>*Anaheim CA 92807* | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 20,439.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 20,439.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 20,439.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 20,439.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re Jones, James Bryan and Jones, Kimberly Ann, Debtor(s)

Case No. 8:09-bk-21257-TA (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 3,700.00 |
| a. Are real estate taxes included? Yes ☐ No ☒ | |
| b. Is property insurance included? Yes ☐ No ☒ | |
| 2. Utilities: a. Electricity and heating fuel | $ 350.00 |
| b. Water and sewer | $ 85.00 |
| c. Telephone | $ 120.00 |
| d. Other Trash | $ 60.00 |
| Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 800.00 |
| 5. Clothing | $ 150.00 |
| 6. Laundry and dry cleaning | $ 15.00 |
| 7. Medical and dental expenses | $ 60.00 |
| 8. Transportation (not including car payments) | $ 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 20.00 |
| b. Life | $ 0.00 |
| c. Health | $ 300.00 |
| d. Auto | $ 220.00 |
| e. Other | $ 0.00 |
| Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) (Specify) Income tax | $ 3,275.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 560.00 |
| b. Other: Auto installment | $ 250.00 |
| c. Other: | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 10,589.00 |
| 17. Other: | $ 0.00 |
| Other: | $ 0.00 |
| | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 20,954.00 |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 16 of Schedule I | $ 20,439.00 |
| b. Average monthly expenses from Line 18 above | $ 20,954.00 |
| c. Monthly net income (a. minus b.) | $ (515.00) |

8:36 PM
10/25/09
Cash Basis

# Jones Insurance Services
## Profit & Loss
### April 2009

| | Apr 09 |
|---|---|
| Ordinary Income/Expense | |
| Income | |
| Commission Income | |
| Allstate Commissions | 23,424.68 |
| Total Commission Income | 23,424.68 |
| Total Income | 23,424.68 |
| Expense | |
| Accrued Taxes | 4,402.99 |
| Advertising and Promotion | 29.45 |
| Automobile Expense | 877.98 |
| Bank Service Charges | 2.00 |
| Charitable Contributions | 200.00 |
| Insurance Expense | |
| Health Insurance | 364.15 |
| Total Insurance Expense | 364.15 |
| Interest Expense | 2,096.27 |
| Medical Expenses | 99.99 |
| Office Supplies | 2,346.76 |
| Postage and Delivery | 36.53 |
| Professional Fees | 500.00 |
| Rent Expense | 1,200.00 |
| Telephone Expense | 246.42 |
| Utilities | 748.51 |
| Total Expense | 13,151.05 |
| Net Ordinary Income | 10,273.63 |
| Net Income | **10,273.63** |

8:37 PM
10/25/09
Cash Basis

# Jones Insurance Services
## Profit & Loss
### May 2009

| | May 09 |
|---|---|
| Ordinary Income/Expense | |
| Income | |
| Commission Income | |
| Allstate Commissions | 20,227.17 |
| Commission Income - Other | 123.40 |
| Total Commission Income | 20,350.57 |
| Total Income | 20,350.57 |
| Expense | |
| Accrued Taxes | 4,381.28 |
| Advertising and Promotion | 78.00 |
| Automobile Expense | 632.81 |
| Bank Service Charges | 0.00 |
| Insurance Expense | 615.62 |
| Interest Expense | 2,079.93 |
| Meals and Entertainment | 42.30 |
| Office Supplies | 628.17 |
| Postage and Delivery | 32.86 |
| Rent Expense | 999.00 |
| Telephone Expense | 499.39 |
| Utilities | 138.24 |
| Total Expense | 10,127.60 |
| Net Ordinary Income | 10,222.97 |
| Net Income | **10,222.97** |

8:38 PM
10/25/09
Cash Basis

# Jones Insurance Services
## Profit & Loss
### June 2009

| | Jun 09 |
|---|---|
| Ordinary Income/Expense | |
| Income | |
| Commission Income | |
| Allstate Commissions | 18,233.70 |
| Total Commission Income | 18,233.70 |
| Total Income | 18,233.70 |
| Expense | |
| Accrued Taxes | 4,242.48 |
| Automobile Expense | 95.94 |
| Bank Service Charges | 175.00 |
| Insurance Expense | 203.80 |
| Interest Expense | 2,063.53 |
| Office Supplies | 203.75 |
| Postage and Delivery | 67.00 |
| Rent Expense | 999.00 |
| Telephone Expense | 157.54 |
| Utilities | 126.55 |
| Total Expense | 8,334.59 |
| Net Ordinary Income | 9,899.11 |
| Net Income | **9,899.11** |

8:39 PM
10/25/09
Cash Basis

## Jones Insurance Services
# Profit & Loss
### July 2009

| | Jul 09 |
|---|---|
| Ordinary Income/Expense | |
| Income | |
| Commission Income | |
| Allstate Commissions | 22,613.31 |
| Total Commission Income | 22,613.31 |
| Premium Received | -333.41 |
| Total Income | 22,279.90 |
| Expense | |
| Accrued Taxes | 4,800.99 |
| Advertising and Promotion | 21.70 |
| Automobile Expense | 1,751.03 |
| Bank Service Charges | 70.00 |
| Charitable Contributions | 40.00 |
| Insurance Expense | |
| Auto Insurance | 198.32 |
| Business Insurance | 241.80 |
| Health Insurance | 580.00 |
| Total Insurance Expense | 1,020.12 |
| Interest Expense | 2,047.07 |
| Meals and Entertainment | 11.72 |
| Office Supplies | 361.49 |
| Postage and Delivery | 72.00 |
| Telephone Expense | 163.88 |
| Utilities | 717.58 |
| Total Expense | 11,077.58 |
| Net Ordinary Income | 11,202.32 |
| Net Income | **11,202.32** |

4:35 PM
10/26/09
Cash Basis

# Jones Insurance Services
## Profit & Loss
### August 2009

| | Aug 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Commission Income** | |
| **Allstate Commissions** | 18,246.77 |
| **Commission Income - Other** | 682.35 |
| **Total Commission Income** | 18,929.12 |
| **Total Income** | 18,929.12 |
| **Expense** | |
| **Accrued Taxes** | 4,521.92 |
| **Advertising and Promotion** | 44.50 |
| **Automobile Expense** | 834.19 |
| **Charitable Contributions** | 10.00 |
| **Dues and Subscriptions** | 150.00 |
| **Interest Expense** | 2,030.56 |
| **Meals and Entertainment** | 54.95 |
| **Medical Expenses** | 12.00 |
| **Office Supplies** | 409.09 |
| **Postage and Delivery** | 8.82 |
| **Rent Expense** | 2,038.00 |
| **Telephone Expense** | 164.77 |
| **Utilities** | 129.74 |
| **Total Expense** | 10,408.54 |
| **Net Ordinary Income** | 8,520.58 |
| **Net Income** | **8,520.58** |

4:34 PM
10/26/09
Cash Basis

# Jones Insurance Services
## Profit & Loss
### September 2009

| | Sep 09 |
|---|---|
| Ordinary Income/Expense | |
| Income | |
| Commission Income | |
| Allstate Commissions | 19,419.68 |
| Total Commission Income | 19,419.68 |
| Total Income | 19,419.68 |
| Expense | |
| Accrued Taxes | 3,847.55 |
| Automobile Expense | 150.21 |
| Bank Service Charges | 105.00 |
| Charitable Contributions | 30.00 |
| Interest Expense | 4,460.48 |
| Office Supplies | 214.37 |
| Postage and Delivery | 87.84 |
| Rent Expense | 999.00 |
| Telephone Expense | 408.22 |
| Utilities | 139.40 |
| Total Expense | 10,442.07 |
| Net Ordinary Income | 8,977.61 |
| Net Income | **8,977.61** |

In re *Jones, James Bryan and Jones, Kimberly Ann*
Debtor

Case No. *8:09-bk-21257-TA*
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of *19* sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: *10/29/2009*

Signature */s/ Jones, James Bryan*
*Jones, James Bryan*

Date: *10/29/2009*

Signature */s/ Jones, Kimberly Ann*
*Jones, Kimberly Ann*

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.